JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30350-R | 00007 | BOBBIE L. & OPAL A. ENGLEDOW | 10 | XXXXX0478 | 231.16 | 0.00 | 231.16 |
| | | Original check written to: | | | | | |
| | | CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-30350-R | 10011 | BOBBIE L. & OPAL A. ENGLEDOW | 9 | XXXXX3074 | 147.55 | 0.00 | 147.55 |
| | | Original check written to: | | | | | |
| | | CITIFINANCIAL<br>2121 NORTH FM 1417, SUITE B<br>SHERMAN, TX 75092-3109 | | | | | |
| 05-43838-R | 00001 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | 1 | XXXXX9951 | 0.01 | 0.00 | 0.01 |
| | | Original check written to: | | | | | |
| | | OSI PORTFOLIO SERVICES<br>BANKRUPTCY DEPARTMENT<br>P. O. BOX 105460<br>ATLANTA, GA 30348-5460 | | | | | |
| 05-44057-R | 00010 | DEBORA CAROL PIERSON | 8 | XXXXX4602 | 0.27 | 0.00 | 0.27 |
| | | Original check written to: | | | | | |
| | | FAIR FINANCE C/O BRIAN A. BASH TRUSTEE<br>PNC CENTER, 1900 EAST 9 STREET<br>SUITE 3200<br>CLEVELAND, OH 44114 | | | | | |
| 05-44057-R | 00012 | DEBORA CAROL PIERSON | 7 | 7232 | 9.59 | 0.00 | 9.59 |
| | | Original check written to: | | | | | |
| | | GREAT ESCAPES<br>1125 US HIGHWAY 98 SOUTH<br>SUITE 200<br>LAKELAND, FL 33801 | | | | | |
| 05-44057-R | 00035 | DEBORA CAROL PIERSON | 16 | XXXXX3064 | 1,313.13 | 151.43 | 1,464.56 |
| | | Original check written to: | | | | | |
| | | NORTHWEST ISD<br>C/O LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44110-R | 00011 | JOHN H. & TAMMY K. BROWN | 10 | 7310 | 36.67 | 0.00 | 36.67 |
| | | Original check written to: <br> CONTINENTAL CREDIT <br> C/O SECURITY FINANCE-CENTRL BKCY <br> 652 BUSH RIVER ROAD #206 <br> COLUMBIA, SC 29210-7537 | | | | | |
| 05-44110-R | 00024 | JOHN H. & TAMMY K. BROWN | 8 | XXXXX3137 | 3.31 | 0.00 | 3.31 |
| | | Original check written to: <br> METROPOLITAN ANESTHESIA CONSULTANTS, PA <br> 4144 NORTH CENTRAL EXPY #700 <br> DALLAS, TX 75204 | | | | | |
| 05-44110-R | 00040 | JOHN H. & TAMMY K. BROWN | 9 | XXXXX3137 | 4.46 | 0.00 | 4.46 |
| | | Original check written to: <br> METROPOLITAN ANESTHESIA CONSULTANTS, PA <br> 4144 NORTH CENTRAL EXPY #700 <br> DALLAS, TX 75204 | | | | | |
| 05-44251-R | 10060 | CHRISTOPHER G. & RHONDA D. ROAN | 1 | XXXXX1949 | 1.68 | 0.00 | 1.68 |
| | | Original check written to: <br> HARLEY DAVIDSON CREDIT <br> 8529 INNOVATION WAY <br> CHICAGO, IL 60682 | | | | | |
| 05-44514-R | 00038 | GLENN E. & CONNIE L. WEBSTER | 6 | XXXXX5171 | 36.58 | 2.36 | 38.94 |
| | | Original check written to: <br> WELLS FARGO FINANCIAL TEXAS <br> 4137 121ST STREET <br> URBANDALE, IA 50323-2310 | | | | | |
| 05-44514-R | 00041 | GLENN E. & CONNIE L. WEBSTER | 25 | XXXXX5828 | 20.63 | 0.42 | 21.05 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44787-R | 10017 | ROBERT KIETH & LAURIE M. HARPER | 6 | XXXXX2630 | 374.72 | 0.00 | 374.72 |
| | | Original check written to: CITIFINANCIAL AUTO ATTN PAYMENT PROCESSING P. O. BOX 9578 COPPELL, TX 75019-9513 | | | | | |
| 05-44852-R | 00007 | PATRICIA J. HAVERKAMP | 5 | 0554 | 29.63 | 0.00 | 29.63 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44852-R | 00024 | PATRICIA J. HAVERKAMP | 7 | 9849 | 14.96 | 0.00 | 14.96 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44852-R | 00025 | PATRICIA J. HAVERKAMP | 6 | 9619 | 30.51 | 0.00 | 30.51 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44852-R | 00026 | PATRICIA J. HAVERKAMP | 9 | 9519 | 52.35 | 0.00 | 52.35 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44852-R | 00027 | PATRICIA J. HAVERKAMP | 8 | 6853 | 22.08 | 0.00 | 22.08 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-44859-R | 00011 | ANTHONY PORFIRIO & DONNA LORI DURON | 18 | XXXXX-001 | 379.73 | 0.00 | 379.73 |
| | | Original check written to: APPLE & NORRIS, LLP 702 SOUTH DENTON TAP ROAD SUITE 120 COPPELL, TX 75019-4541 | | | | | |
| 05-44859-R | 00031 | ANTHONY PORFIRIO & DONNA LORI DURON | 19 | RANT | 374.64 | 47.87 | 422.51 |
| | | Original check written to: LAKEVIEW ESTATES I 1800 PRESTON PARK BLVD SUITE 101 PLANO, TX 75093 | | | | | |
| 05-45295-R | 00015 | CHARLES PATRICK MCDANIEL | 2 | 1063 | 13.23 | 0.00 | 13.23 |
| | | Original check written to: KNIGHT GRAPHICS 2630 NATIONAL CIRCLE DRIVE GARLAND, TX 75041 | | | | | |
| 05-45816-R | 00026 | SUE W. PAGE | 11 | 5307 | 1,950.00 | 0.00 | 1,950.00 |
| | | Original check written to: HOMETOWN COMMUNITY CU P. O. BOX 8000 NOVI, MI 48376-8000 | | | | | |
| 05-48120-R | 00001 | MICHAEL VINCENT & BELINDA ANN MESA | 4 | XXXXX1128 | 183.52 | 0.00 | 183.52 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-48120-R | 00003 | MICHAEL VINCENT & BELINDA ANN MESA | 2 | XXXXX7843 | 122.90 | 0.00 | 122.90 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-49088-R | 00003 | JIMMY R. & KATHRYN L. DOERR | 2 | XXXXX4088 | 14.54 | 0.00 | 14.54 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-49088-R | 00004 | JIMMY R. & KATHRYN L. DOERR | 1 | XXXXX1649 | 79.85 | 0.00 | 79.85 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-50363-R | 10016 | MICHAEL L. & GERI L. MURRAY | 7 | 9299 | 368.99 | 0.00 | 368.99 |
| | | Original check written to: CAPITAL ONE, NATIONAL ASSOCIATION P. O. BOX 829009 DALLAS, TX 75382-9009 | | | | | |
| 06-40034-R | 10008 | PAUL D. & SUSAN W. TERRY | 6 | XXXXX3974 | 601.82 | 0.00 | 601.82 |
| | | Original check written to: HARLEY DAVIDSON CREDIT 8529 INNOVATION WAY CHICAGO, IL 60682 | | | | | |
| 06-40037-R | 00003 | RICHARD SHAWN & RENEE LYNN FALLON | 1 | XXXXX6875 | 347.48 | 0.00 | 347.48 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-41716-R | 00003 | RUSSELL J. PRITCHETT, SR. & JUDY A. PRITCHETT | 4 | XXXXX7056 | 18.40 | 0.00 | 18.40 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41716-R | 00004 | RUSSELL J. PRITCHETT, SR. & JUDY A. PRITCHETT | 5 | XXXXX6570 | 10.39 | 0.00 | 10.39 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-50201-R | 00031 | BARNIE MIKE & CATHERINE A FREEMAN | 18 | XXXXX2247 | 126.57 | 0.00 | 126.57 |
| | | Original check written to: FCNB MASTERTRUST P. O. BOX 922968 NORCROSS, GA 30010-2968 | | | | | |
| 07-40264-R | 00033 | JAMES B. & SHERRY L. ROSENBAUM | 3 | XXXXX45-D | 961.08 | 0.00 | 961.08 |
| | | Original check written to: NELNET FOR COLLEGE ACCESS COAC 999 18TH, SUITE 425 DENVER, CO 80202-1852 | | | | | |
| 07-41834-R | 00015 | ALBERT L. HARRIS, JR. & RENEE D. HARRIS | 8 | XXXXX3680 | 0.00 | 4.55 | 4.55 |
| | | | | XXXXX5119 | | | |
| | | Original check written to: FIRST BANK FARMERSVILLE P. O. BOX 592 FARMERSVILLE, TX 75442 | | | | | |
| 08-41157-R | 00004 | AMY TENNILLE HERTZOG | 4 | 2950 | 0.00 | 3.77 | 3.77 |
| | | Original check written to: AURORA LOAN SERVICES, INC. P. O. BOX 173930 DENVER, CO 80217-3930 | | | | | |
| 09-40027-R | 00022 | CLEMENT D. & TARSHA D. ROLFE | 7 | 1690 | 1,096.83 | 443.55 | 1,540.38 |
| | | Original check written to: BARCLAYS CAPITAL REAL ESTATE P. O. BOX 160101 SACRAMENTO, CA 95816 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 22, 2010

Check No. 2015283

Check Amount: $27,883.86

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40055-R | 00005 | SHEILA J. CRAIN | 2 | 0565 | 434.69 | 1,012.20 | 1,446.89 |
| | | Original check written to: MIDLAND MORTGAGE COMPANY<br>999 NW GRAND BLVD, SUITE 110<br>OKLAHOMA CITY, OK 73118-6077 | | | | | |
| 09-41289-R | 00015 | ARTIS T. WHITE, JR. & STEPHANIE DEVONNE WHITE | 12 | 0252 | 0.00 | 0.27 | 0.27 |
| | | Original check written to: FRISCO ISD<br>6948 MAPLE STREET<br>P. O. BOX 547<br>FRISCO, TX 75034 | | | | | |
| 09-41512-R | 00009 | MARIE JESUS GUTIERREZ-MARSH | 8 | 3387 | 0.00 | 0.02 | 0.02 |
| | | Original check written to: WILSHIRE CREDIT CORP<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>P. O. BOX 8517<br>PORTLAND, OR 97207 | | | | | |
| | | | **TOTALS** | | **$9,413.95** | **$1,666.44** | **$11,080.39** |